IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CR-40004-SMY |
| | ) |
| JESSIE J. SHERIDAN | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On October 15, 2015, the parties appeared before the Honorable Philip M. Frazier, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Jessie J. Sheridan entered a guilty plea to Count 1 of the Indictment – charging conspiracy to manufacture methamphetamine in violation of Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846, and Title 18 U.S.C. § 2. Judge Frazier issued a Report and Recommendation recommending that the undersigned District Judge accept Defendant's guilty plea (Doc. 27).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were given fourteen days to file written objections to the Report and Recommendation. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report and Recommendation in its entirety (Doc. 27). Based on the record in this case, the recommendation of Judge Frazier, the consent of the Defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Jessie J. Sheridan*, that Defendant was fully competent and

2

capable of entering an informed plea, that Defendant was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** Defendant's guilty plea and **ADJUDGES** Defendant guilty of the offenses set forth in the Indictment.  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  The Court **CONFIRMS that SENTENCING** is set for January 26, 2016, at 1:30 p.m.

    **IT IS SO ORDERED.**

    **DATED:  November 19, 2015**

                                          **s/ Staci M. Yandle**
                                          **STACI M. YANDLE**
                                          **United States District Judge**